FILED
September 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D53

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : Sheila Maddox Oliver | Case No : 11-29272 - E - 13C |
| | Date : 9/6/11 |
| | Time : 02:00 |

Matter : [44] - Motion/Application to Confirm/Modify Chapter 13 Plan [CAH-2] Filed by Debtor Sheila Maddox Oliver (dhes)

Judge : Christopher M. Klein
Courtroom Deputy : Teresa Jackson
Reporter : Diamond Reporters
Department : E

APPEARANCES for :
Movant(s) :
None
Respondent(s) :
   Neil Enmark (for the Trustee)

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Confirm the Chapter 13 Plan filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion is denied and the plan is not confirmed.


Dated: September 14, 2011

_____
United States Bankruptcy Judge