
FILED
October 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003808384

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:  916.440.6666
Fax: 916.254.6666
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 11-29272-E-13C |
| | Chapter 13 |
| **SHEILA MADDOX OLIVER** | Docket Control No.:  CAH-003 |
| Debtor | Judge:   Ronald Sargis |
| | Place:   501 I Street, 6th Floor |
| | Sacramento, CA 95814 |
| | Department E – Courtroom 33 |
| | Trustee: David P. Cusick |
| | |
| | **DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO CONFIRM THE FIRST AMENDED CHAPTER 13 PLAN** |

SHEILA MADDOX OLIVER declares as follows:

1. I am the Debtor in the above captioned matter.  I have personal knowledge of the following facts which we believe to be true and accurate.  If called as a witness, I could and would so testify.

2. The FIRST AMENDED CHAPTER 13 PLAN complies with all applicable laws pertaining to relevant bankruptcy code to the best of my knowledge.

3. All fees owed to the Court have been paid.

4. The subject plan was filed in good faith.

5. The plan provides for payment to secured creditors or the surrender of the property securing the debt.

6. The plan provides that all unsecured creditors will be paid at least what they would have received in the event of a Chapter 7 Liquidation to the best of our knowledge.

7. As demonstrated in Schedules I and J of the Chapter 13 Voluntary Petition, I am able to make the payments according to the plan.
8. I do not have any domestic support obligations (or any domestic support obligations have been kept current since the filing).
9. I have filed all applicable tax returns.
10. My spouse and I was separated and living apart at the time of me filing my bankruptcy petition.
11. I amended Form B22C(Court Docket #49) to correct the number of household size.
12. I amended Schedule B and C to include what community property assets my spouse is holding.
13. I amended Schedule J to support my plan payment and I am the only one providing for my own financial and living expenses.
14. Six months prior to the filing of my petition, I was working, but upon filing my petition, I retired. See Declaration in Support of "Lanning Deduction" on Form B22C for Permante Loss of Income.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Declaration of Debtor in Support of the Motion to Confirm the FIRST AMENDED CHAPTER 13 PLAN are true and correct.

DATE: 10/03/2011

By: *[signature]*

SHEILA MADDOX OLIVER

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph: 916.440.6666
Fax: 916.254.6666
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**SHEILA MADDOX OLIVER,**<br><br>Debtor. | Case No. 11-29272-E-13C<br>Chapter 13<br><br>Judge: Ronald Sargis<br>Trustee: David P. Cusick<br><br>**DECLARATION IN SUPPORT OF "LANNING DEDUCTION" ON FORM B22C FOR PERMANTE LOSS OF INCOME** |

**SHEILA MADDOX OLIVER** declares as follows:

Although on the Means Test shows my last 6 months of income from employment at State of California that was $6,167.27 gross a month, I have now been retired. I have been on retirement income since the filing of my petition. From May 2011 and on, my monthly gross retirement income will be $4,048.00. Therefore, I will not have the funds to pay to any general unsecured creditors as listed on the Means Test.

I declare under penalty of perjury under the laws of the state of California that the attachment is true and accurate.

DATE: 10/03/2011

By: /s/ Sheila M. Oliver

SHEILA MADDOX OLIVER